1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ESTEBAN HERNANDEZ,    )
            )
    Petitioner,   )   2:12-cv-02003-JCM-PAL
            )
vs.          )   **ORDER**
            )
BRIAN WILLIAMS, *et al.*,   )
            )
    Respondents.  )
_____/

   Respondents have filed a motion for a second extension of time in which to file an answer/response to the petition for a writ of habeas corpus.  (ECF No. 9).  Respondents seek a 52-day enlargement of time, up to and including August 29, 2013, to file an answer or other response to the petition.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

   **IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file an answer or response to the petition (ECF No. 9) is **GRANTED.**  The answer/responsive pleading shall be filed on or before **August 29, 2013.**

   Dated this ___11th___ day of July, 2013.

                _____
                UNITED STATES DISTRICT JUDGE