UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ESTEBAN HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-02003-JCM-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a third extension of time in which to file a response to the petition for a writ of habeas corpus. (ECF No. 11). Respondents seek a 14-day enlargement of time, up to and including September 12, 2013, to file an answer or other response to the petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file a response to the petition (ECF No. 11) is **GRANTED.** The response shall be filed on or before **September 12, 2013**. No further extensions will be granted in the absence of extraordinary circumstances.

Dated August 30, 2013.

_____
UNITED STATES DISTRICT JUDGE