UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ESTEBAN HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-02003-JCM-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner has filed a motion for an extension of time in which to file a response to the pending motion to dismiss. (ECF No. 19). Petitioner seeks an enlargement of time, up to and including November 12, 2013, to file a response. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (ECF No. 19) is **GRANTED.** Petitioner's response shall be filed on or before **November 12, 2013.**

Dated this 26th day of September, 2013.

UNITED STATES DISTRICT JUDGE